12/18/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 9:38:01 AM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:  2014-01481J    COURT:  313TH    TENTATIVE DUE DATE:  12/28/2015

APPEAL TYPE    ACCELERATED    CASE STATUS:    CASE ON APPEAL

APPELLANT:    IN THE INTEREST OF MY BIRTH CHILDREN TARENCE JABAR CARTER II AND JAH'MIR AZAVION YOUNG

APPELLEE:    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

EVENT FILE DATE    12/18/2015    NUMBER OF DAYS: 10

EVENT CODES;    D, OA

FILED BY:    **JERONDA KING**    TBN:    **2 (PRO SE)**

DATE ORDER SIGNED    11/5/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67773020    VOLUME:    PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : N/A

NOTES:    Previous Appellate Case no. 01-15-00469-CV

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

JERONDA JEANAE KING(MOTHER)   (PRO.SE)
NO..01-15-00469-CV
1219 BEECHBEND DR                                          IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS AT HOUSTON,TEXAS
MISSOURI CITY,TEXAS 77489                                  IN THE INTEREST OF
MY BIRTH CHILDREN
(281)4371888          (281)7954821 OR  (832)8816162        TARENCE
JABAR CARTER II AND JEH'MIR AZAVION YOUNG
                                                          (2)CASES...#2014-01481J  AND 2014-

01481J-A
              DECEMBER 5,2015

                                                          DECEMBER 18,2015

                                                          **NOTICE TO APPEAL**
**BASED ON** NUMEROUS FACTORS THAT WAS NOT PROVIDED TO THE JUDGE , I
REQUEST AND NOTIFY THE COURT TO APPEAL THE  DECISION TO TERMINATE MY
PARENTAL RIGHTS TO MY BIRTH CHILDREN.  THE COURT FAILED TO MAKE ADEQUATE
FINDINGS OF FACT AS WELL AS ABUSED DISCRETOIN . THERE WERE MATERIAL ISSUES
WHICH WERE IN DISPUTE (MY INTERVENTION) AS WELL AS  THE MEDIATION
AGREEMENT WHICH WAS IGNORED..
WE DONT' BELIEVE HONORABLE STEPHEN NEWHOUSE DECISION WAS INTENTIONALLY
MADE IN MY CASE .HOWEVER; BASED ON INADAQUATE AND INSUFFICIENT EVIDENCE
PRESENTED AND INFORMATION NOT PROVIDED AND ADDRESSED TO HIM, I REQUEST
TO APPEAL MY CASE .

FEEL FREE TO CONTACT ME AT THE ABOVE PHONE NUMBERS IF MORE INFORMATION
IS REQUIRED.


RESPECTFULLY ,                              _the order was ~~tit~~ mailed_
                                            _November 5, 2015_

JERONDA KING

FILED
Chris Daniel
District Clerk

DEC 1 8 2015

Time:_____
              Harris County, Texas

By_____
              Deputy

JERONDA JEANAE KING(MOTHER)    (PRO.SE)
NO..01-15-00469-CV
1219 BEECHBEND DR                                    IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS AT HOUSTON,TEXAS
MISSOURI CITY,TEXAS 77489                            IN THE INTEREST OF
MY BIRTH CHILDREN
(281)4371888          (281)7954821 OR   (832)8816162          TARENCE
JABAR CARTER II AND JAH'MIR AZAVION YOUNG

                                                    (2)CASES...#2014-01481J  AND 2014-
01481J-A
              DECEMBER 5,2015

                                        DECEMBER 18,2015

                                        **REQUEST TO APPEAL**

FOR THE SAKE OF MY BOYS BEST INTEREST IN MIND AND HEART, PLEASE CONSIDER
OUR APPEAL  AND REVERSE THE JUDGEMENT ENTERED APRIL 29,2015 TERMINATING
MY PARENTAL RIGHTS. CONSIDERING TESTIMONIES ,EVIDENCE,ETC EVERYTHING ,SO
MUCH IS INCLUSIVE,INACCURATE AND INTENTIONALLY OMMITED. TERMINATION OF MY
PARENTAL RIGHTS WITHOUT ANY CLEAR NOR CONVENIENCING EVIDENCE AS THE
STATE FEDERAL CODE AND THE CONSTITUTION OF THE UNITED STATES DUE
PROCESS CLAUSE, I FEEL NEED TO APPEAL CASES FOR THE LOVE OF MY CHILDREN..
TERMINATING MY PARENTAL RIGHTS AS THE MOTHER OF MY BOYS WOULD BE
DETRAMENTAL TO THEIR HEALTH AND WELL BEINGS. MY FAMILY SUPPORT TEAM WAS
NOT NOTIFIED  OF COURT NEITHER WAS MY BABY SON FATHER.ALL OF WHICH
EXPRESSED INTEREST AND PREVIOUSLY APPEARED IN COURT AND PREMANCY
HEARINGS.

1.THE COURT APPOINTED ATTORNEY(MY FORMER ATTORNEY) DON CRAINE
WITHDRAW FROM THE CASE LESS THAN 2WEEKS BEFORE DECEMBER 1,2015 COURT
APPEARANCE I BELIEVE OUT OF RETELIATION. ALTHOUGH I EXPRESSED TO ATTORNEY
CRAINE (AS WELL AS MY MOTHER) OF NOT UNDERSTANDING THE DOCUMENTS OF
APPARENTLY ,MR CRAINE BECAME AWARE OF MY SEEKING ANOTHER LEGAL
REPRESENTATIVE FROM ATTY.DAVID RANDALL ,AND/OR LONE STAR LEGALS AND
CONTACTED CLIENTASSISTANCE  ATTORNEY AGENCY FOR ASSISTANCE. I HAVE NOT
BEEN REPRESENTED FAIRLY NOR ADIQUATELY, BY COURT APPOINTMENT
ATTY.CRAINE FROM THE BEGINNING. I, ALONG WITH MY FAMILY REQUESTED AND LEFT
VOICE MESSAGES FOR MR CRAINE TO MEET AND DISCUSS CASE MANY TIMES AND
WAS UNSUCCESSFUL.
THE RULING TRANSCRIPT INFORMATION IS NOT ACCURATE NOR CLEAR TO MY
UNDERSTANDING.

FILED
Chris Daniel
District Clerk
DEC 18 2015
Harris County, Texas
Time:_____
By_____
Deputy

                                        **STATEMENT OF THE CASE**
      TO MY UNDERSTANDING, I WAS NOT AWARE  NOR NOTIFIED MARCH 18,2014
NOR PRESENCE OF TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
FILING PETITION FOR PROTECTION OF MY CHILDREN WHO HAS NEVER BEEN
UNPROTECTED.
JUDGE HONORABLE STEPHEN NEWHOUSE, IN APRIL 2015 WITH MY FAMILY,CHURCH
PASTOR WIFE,GRANDPARENTS AND FATHERS, JUDGE NEWHOUSE ORDERED CPS
CASE MANAGER TO PLACE THESE CHILDREN WITH FAMILY ONCE HE ALLOWED MY
MOTHER AND MY PASTOR WIFE(MRS.WHITE) TO SPEAK AND QUESTIONS ADDRESSED.
INSTEAD, CASE MANAGER CHRISTINA MCKENNY (IN THE HALL WAY OF THE COURT)
SPOKE HARSHLY WITH THE BABY FATHER TO THE POINT OF PROVOKING AN
ARGUEMENT AND TOTALLY RUDE TO MY MOTHER, TELLING HER SHE IS NOT
OBLIGATED TO SPEAK WITH HER AND SHE HAD NOTHING TO DO WITH THE CASE.SHE
TOTALLY VIOLATED JUDGE/HONORABLE NEWHOUSE ORDERS. IN FACT, HONORABLE
NEWHOUSE BECAME ANGRY AT THE COURTROOM CLERK AND COURT APPOINTED
ATTORNEY WHEN MY MOTHER ADVISED OF THE BABY DAD(WHO WAS PRESENCE)

HAVING A CASE IN FORT BEND WHERE IS PAYS CHILD SUPPORT. THIS WAS TOTALLY IGNORED EVEN WHEN ADVISED.
I SEEK REVERSAL OF THE JUDGMENT ENTERED APRIL 29,2015


## ISSUES PRESENTED


**AGREED,** INSUFFICIENT AND FALSE EVIDENCE TO SUPPORT AND PROVE THE ACCUSATIONS PRESENTED TO TERMINATE MY PARENTAL RIGHTS UNDER TEXAS FAMILY CODE


## APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS: JERONDA JEANAE KING(MOTHER OF THE CHILDREN)

WITH FAMILY SUPPORT(MOTHER)RHONDA JOHNSON,(SISTER)JERRICA KING-STEWART,(BROTHER)LOUIS JACKSON JR
(FATHER)JERRY KING AND MY CHILDREN(TARENCE CARTER II)AND JEH'MIR A.YOUNG

## STATEMENT OF FACTS.

(SUPPORTIVE DOCUMENTS & RECORDINGS) WERE STAMPED & FILED IN COURT AS WELL AS IN MY POSSESSION)
THE REFERRAL ALLEGING NEGLECTFUL SUPERVISION BY ME, WAS TOTALLY FALSE. ONLY INVOLVED DFPS BY MY OLDEST SON (TARENCE I) WAS TOTALLY OUT OF ONGOING HEATED ARGUMENTS WE CONSTANTLY HAD. TOTALLY FALSE AND RIDICULOUS OF ALLEGATIONS ON MOTHER SMOKING MARIJUANA IN MY CHILDREN PRESENCE.
**TRIAL**:

**BRUCE JEFFERIES**            **14.**
**ADMITS HE** DID NOT DO THE TESTING ,ONLY BROUGHT THE DRUG TEST REPORTS.

HOWEVER; PLEASE CONSIDER HIS LAST STATEMENT,' I HAVE DONE A BETTER JOB IN TAKING NONLEGAL DRUGS' . AND INDICATES DECREASED LEVELS
BASED ON HIS REPORTS AND FINDINGS.

THERE WAS NO TEXAS DEPARTMENT OF CHILD PROTECTION SERVICE INVOLVEMENT APRIL 1,2014 AS MR JEFFERIES TESTIFIES HIS TESTING REPORTED.
IN ADDITION TO THIS, I AM NO LONGER USING DRUGS AND TAKING CLASSES (REHABILATION) TO STAY DRUG FREE.
15.
THE PRESCRIBED MEDICATION SHOULD BE CONSIDERED IN BASING PAST USE OF DRUGS WITH THE CURRENT AND ACCURATE AND LEGAL MEDIATIONS I HAVE BEEN PRESCRIBED.


**TRIAL:**
ON APRIL 13,2015 TRIAL, THE INTERESTED PARTIES (GRAND MOTHERS..RHONDA JOHNSON & LATIKA YOUNG)OF THE CHILDREN TARENCE CARTER II AND JEH'MIR AZAVION YOUNG WERE NEVER NOTIFED( AS PREVIOUSLY DONE) ,OF ANY COURT DATES ,ESPECIALLY ANY TRIALS PERTINENT TO THE BEST INTEREST AND WITH THE CHILDREN BEST INTEREST IN HEART AND MIND.
**TRIAL**

ON APRIL 13,2015, THOSE WHO APPEARED FOR TRIAL WERE PROPERLY NOTIFIED. HOWEVER; MY MOTHER/MATERNAL GRANDMOTHER(RHONDA JOHNSON), MY SISTER (JERRICA KING-STEWART),MY BROTHER(LOUIS JACKSON JR) AND MY YOUNGEST SON (JEH'MIR YOUNG) FATHER (JEREMY YOUNG) NOR PATERNAL GRANDMOTHER(LATIKA YOUNG) WERE NOT NOTIFIED OF APPEAR FOR TRIAL. ALL OF WHICH PLAYS VERY IMPORTANT ROLES IN MY CHILDREN LIVES SINCE BIRTH AND PRESENTLY AND WOULD HAVE DEFINITELY MADE A DIFFERENCE IN THE COURT FINAL RULING. MY FAMILY ,FAMILY PASTOR WIFE(VALERIE WHITE), LONG TIME FAMILY /FRIENDS(VALRIE PERRY,LAWANDA CRUTCHER )ALL APPEARED IN SEVERAL COURT HEARINGS FOR SUPPORT AND ADDRESSED THE JUDGE WITH CONCERNS. IN FACT, THE BABY DAD( JEREMY YOUNG )APPEARED MANY TIMES TO COURT AND WAS OBJECT TO BE HEARD TRUTH FACTS OF HIS PAYING CHILD SUPPORT IN FORT BEND COUNTY AND HAS ALWAYS BEEN INVOLVED IN HIS BABY BOY LIFE WITH HIS WEEKEND VISITS. JEREMY YOUNG WAS DISRESPECTED, YELLED AT AND EVEN FABRICATED REPORTS BY CHRISTINA MCCULLAN ,TO THE POINT OF HIS COMPLETELY STOPPED GOING TO COURT. JUDGENEWHOUSE BECAME ANGRY WITH THE COURT CLERKS AND CASE MANAGER AND COURT APPOINTED ATTORNEY AFTER LEARNING JEREMY YOUNG HAS A OPEN CASE IN FORT BEND COUNTY AND PARENTAL RIGHTS SHOULD NOT BE TERMINATED. IN FACT JEREMY WAS REGULAR PAYING CHILD SUPPORT AND VISITING HIS SON JEH'MIR.

 THERE WERE NO NOTICES NOR ANY FORMS OF COMMUNICATIONS PROVIDED THEM OF ANY COURT APPEARANCE (AS BEFORE) IN APRIL. DUE TO THE FACT THEY ALL WERE ACKNOWLEDGED AND EXPRESSED AS INTERESTING PARTIES IN MY BOYS CASE, I PLEA THE COURT TO HONOR MY APPEAL IN ORDER FOR THEIR TESTIMONIES AND SUPPORT FOR ME AND MY BOYS ARE HEARD.
I, JERONDA KING, JEREMY YOUNG AND RHONDA JOHNSON PETITIONED REQUEST FOR AN INTERVENTION . THE INTERVENTION PETITION WAS ONLY  ACKNOWLEDGE RECEIPT IN THE TRANSCRIPT NOVEMBER 18,2015  THE COURTS OF JUDGE GLENN DEVLIN AND JUDGE NEWHOUSE AND CERTIFIED COPIES WERE PROVIDED TO MY CHILDREN ATTORNEY(SUSAN RYAN SOLIS),CHRISTINA MCKINNEY___,CHILD ADVOCATES, COURT APPOINTED ATTORNEY DON CRANE, DIRECTOR ANGELA RODEN, COMMISSIONER JOHN SPECIA, AS WELL MR. JEFFERY GREEN (INSPECTOR GENERAL) ALL NOTIFIED OF OUR REQUEST FOR INTERVENTION. MY MOTHER CONTACTED JUDGE NEWHOUSE CLERK ASKING THE STATUS NUMEROUS TIMES YET VOICE MESSAGES WERE NOT RESPONDED.


HOWEVER; I REALIZE MY BOYS NEED THEIR MOTHER , AND I HAVE NOT USED ANY DRUGS IN MONTHS FOR MY PERSONAL HEALTH AND TO REUNITE ONE DAY WITH MY CHILDREN.
AS STATED, CPS WAS BROUGHT INTO THIS CASE AS WELL AS PRIOR DUE TO THE ARGUEMENTS AND FIGHTS WITH MY OLDEST CHILD DAD(TARENCE CARTER II) WHO CONTACTED AND ADVISED MY FAMILY MEMBERS WITH THREATS TO CONTACT CPS BECAUSE OF MY NOT COOPERATING WITH HIS DEMANDS TO REUNITE. THIS CAS HAS TAKEN A TOLL ON MY LIFE AS WELL AS THE STRONG RELATIONSHIP ME AND MY CHILDREN ONCE HAD.

16.

I TAKE PRESCRIBED MEDICATION FOR MY ANXIETY ATTACKS AND BIPOLAR DISORDER, AS MR JEFFERIES TESTIFIED , BOTH COULD THROW OF ACCURATE TESTINGS.
 MR.JEFFERIES TESTIFIED HIS AWARENESS OF THE PRESCRIBED MEDICATION  AND COULD THROW OF ILLEGAL DRUGS AS WELL AS THE OFFICER POWELL FROM (ONE OF THE 3 OFFICIERS)DAIRYASHFORD SUBSTATION WHO WOULD HAVE TESTIFIED (IF KNOWN OF TRIAL AND SUBPEONA TO COURT) HIS REPORT OF PRESCRIBED MEDS HE DISCOVERED. THE PRESCRIBED DRUGS COULD THROW OFF ACCURATE RESULTS.

J.J.K:
**JERONDA JEANAE KING(APPEALANT) AND MOTHER OF CHILDREN**

THE TEXAS DEPARTMENT OF CHILD PROTECTION SERVICES WERE BROUGHT INTO CUSTODY DUE TO THE FALSE ACCUSATION AND OUT OF RETELIATION BY MY OLDEST SON FATHER. HIS HISTORY AND CRIMINAL RECORDS ARE IN FORT BEND . HIS TESTIMONY SHOULD NOT BE CONSIDERED.
A PERTINENT DOCUMENT WAS FILED IN HARRIS COUNTY FAMILY COURT AS WELL.

17

4 MS .JESSICA LARA (CPS ATTORNEY) ALLEGATIONS WERE NOT PROVEN WITH ANY EVIDENCE OF MY OLDEST SON FATHER .

6-8  MS JESSICA LARA TESTIFIED OF ALLEGATIONS WHICH ARE TOTALLY FALSE.I HAVE NEVER TAKEN MY CHILD NOR CHILDREN WITH ME TO BUY MARIJUANA. TRUTHFULLY, CPS ACTUALLY GOT INVOLVED IN MY LIFE AT AGE 12 (CPS CASE MS.SHRICE HAYWARD) CASE #H05CV03838 2005 PATERNAL UNCLE INAPPROPRATELY TOUCH ME AND CPS WAS CONTACTED BY MY MOTHER AND DAD.
IN THESE CASES WITH MS.JESSICA LARA TESTIFIES WERE TOTALLY FALSE. I WAS NOT BROUGHT INTO CPS BECAUSE I USED DRUGS.

THE 4STATEMENT QUESTIONED INVOLVED FORMER CASE INVESTIGATOR,MS DONNA LOVING .
THE ALLEGATION REGARDING HAVING MY CHILDREN WHEN I WAS NOT ALLOWED IS WHEN  TEXAS DEPARTMENT OF CHILD PROTECTION SERVICES (4TH) TERMINATED CASE REPRESENTATIVE,MS **DONNA LOVING**. CPS AGENT MS.DONNA LOVING ORDERED ME TO GO GET MY BABY BOY FROM MY MOTHER(WHO WAS PREPARING HIM TO MEET WITH HIS REGULAR WEEKEND VISIT WITH HIS DAD(JEREMY YOUNG).MS LOVING WAS CONTACTED BY **OFFICER  MS.LEE(FAMILY CRISIS DEPARTMENT)**DAIRYASHFORD POLICE DEPARTMENT BECAUSE MY MOTHER ATTEMPTED TO GET A RETRAINT ORDER FOR TARENCE CARTER I. **OFFICER LEE** REPORTED CPS REPRESENTATIVE DONNA LOVING HAD NOT PROVIDED GRANDMOTHER(RHONDA JOHNSON)ANY DOCUMENTS (FAMILY SAFETY PLANNING) IN ORDER FOR OFFICER LEE REVIEW. CPS TERMINATED DONNA LOVING DUE TO THIS NEGLIENCE AND FALSE REPORTING.THIS ANGER MS LOVING TO THE POINT OF PLACING THE HOUSTON TEXAS FAMILY
PRIOR CASES 1.(**SHRRICE HAYWARD**) NO PROTECTION OF ME AS A CHILD WHEN PATERNAL FATHER(BROTHER IN LAW) INAPPROPRATELY TOUCHED AND BEFRIENDED ME TO HIS LIKENESS. (2.) **SHARANDA WALKER** LEFT ME WITH MY BOYS AND CLEARED ME WITHOUT EVER VISITING ME  (3)CPS WORKER ,**LATOYA DAVIS** NEGLIENCE LEFT MY BOYS IN HARMS WAY AFTER ANOTHER FALSE ACCUSATION BY TARENCE CARTER I (WHO AT THAT TIME)HAD NUMEROUS FELONIES AND CRIMINAL CASES, CONTACTED MY MOTHER TO MEET HER AND DID NOT SHOW UP. INSTEAD, LEFT MY OLDEST WITH THE REPORTED FELONY DAD AND THE BABY BOY WITH HIS PLAY GODMOTHER(NATLIE REGES

5.TARENCE CARTER I ACCUSATIONS HIS INVOLVEMENT WHEN HE COULD NOT HAVE HIS WAY WITH ME AS WELL AS OUT OF RETELIATION OF A PROVIDED FT.BEND CASE CRIMINAL MISCHIEF(INCARCERATED NEARLY 2YEARS)WHICH MY FAMILY FILED CHARGES..MR.CARTER TESTIMONY SHOULD NOT BE CONSIDERED IN FINAL DECISION MAKING.**

18.

YES I'VE ADMITTED USED DRUGS AS  A BIG MISTAKE IN THE PAST AND TAKE RESPONSIBILITIES FOR POOR CHOICES OF THE PAST I'VE MADE. HOWEVER; I PRAY THE COURT WILL NOT USE MY PAST MISTAKES TO CANCEL OUT MY POTENTIALS.

I NEVER RECEIVED ASSISTANCE FROM CPS CASE MANAGER NOR MY CHILDREN COURT

APPOINT ATTORNEY(SUSAN SOLIS) TO REUNITE WITH MY CHILDREN NOR WERE THEY SUPPORTIVE TO INVOLVE MY FAMILY .IN FACT, I ASKED NUMEROUS TIME FOR A FAMILY CONFERENCE AND NEVER HAPPENED. EVEN MY INTERVENTION PETITION WAS IGNORED.

I AM NOT AND NEVER HAVE BEEN A DOPE FIEND. I HAVE ENCLOSED NUMEROUS RECOGNITIONS AND ACCOMPLISHMENTS IN EARLIER DAYS BEFORE AND AFTER MY PARENTS DIVORCED.MY MOTHER (AS A SINGLE PARENT) DID GREAT IN SPIRITUAL UPBRINGING(CHOIR,DRILL TEAM),COMMUNITY INVOLVEMENTS AND RECREATIONS.

19.

11.MS. LARA QUESTION ,I DID NOT ANSWER COMPLETELY, YES MY FAMILY HAS ALWAYS BEEN AROUND FOR ME  THROUGHOUT AND CONTINUOUSLY THE PENDENCY OF THIS CASE . HOWEVER; DUE TO THE CASE MANAGER AND MY CHILDREN ATTORNEY GIVING ME FALSE HOPES AND APPLYING   UNPROFESSIONAL ASSISTANCE TO HELP ME HELP MYSELF, I BECAME MORE DEPRESSED.  MS. LARA LEAD ME TO A 'YES' ANSWER. WHEN IN FACT THE TRUE REASON AS I'VE STATED ABOVE.
12.MY DAD ALONG WITH MY MOTHER AND BROTHER AND SISTER ALL TAKES MY KIDS TO SCHOOL. MY MOTHER HAS CONTINUED TO PAY THEIR YMCA MEMBERSHIP(PROOF ENCLOSED) AND KEEP THEM INVOLVED IN COMMUNITY CHURCH, SPORTS AND ACTIVITIES AND GET THEM FOOD AND GIFT ASSISTANCE FROM LOCAL CHURCH.
 I AM DONE WITH ABISING DRUGS /
THE FATHER OF BABY BOY(JEH'MIR A YOUNG) ,THE MOTHER(JERONDA KING) AS WELL AS GRANDMOTHER(RHONDA JOHNSON) REQUESTED AN INTERVENTION IN JUNE 2015 AND WAS NEVER ACKNOWEDGED BY THE COURT,CPS STAFF NOR JUDGE. ONLY IN THE 'FOOTNOTE #2" OF TRANSCRIPT  PROVIDED NOVEMBER 20,2015 WERE WE AWARE OUR REQUEST FOR AN INTERVENTION WAS FILED AND RECEIVED (JUST INTENTIONALLY IGNORED)

TARENCE CARTER I(FATHER OF OLDEST SON)
HIS TESTIMONY SHOULD HAVE NO BEARINGS ON DECISIONS OF THE COURT. TOO MUCH ANIMOSITY  AND RETELIATIONS.AS HE STATED, HE GREW UP WITHOUT A MOTHER AND HE CARES LESS IF ANYONE ELSE (INCLUDING HIS SON) HAVE THEIR MOTHER INVOLVED IN THEIR LIVES. HIS CRIMINAL MISCHIEF(LEAD TO 2YEAR INCARNRATION) AS WELL AS THE FACT I REFUSES TO GET BACK IN THAT ABUSIVE RELATIONSHIP WE HAD IN THE PAST.


CHRISTINA MCKINNEY
OUT OF RETELIATION ,FROM THE BEGINNING (EVEN UNDER OATH)ACCUSED MY ENTIRE FAMILY WERE CRIMINALS AND PLACED MY BOYS IN FOSTER CARE UNNECCESSARILY. SHE WAS THE REPLACED CASE MANAGER (DONNA LOVING WHO WAS TERMINATED) MY BOYS HAS NEVER BEEN IN AN UNPROTECTIVE POSITION...I HAVE A LOT OF FAMILY SUPPORT.
MS MCKINNEY TERM'SHE BELIEVES' IS NOT VERY ACCURATE.MY CHILDREN ARE OFTEN ILL AND ACTS OUT BEHAVIOR DUE TO MY ABSENCE. THEIR EMOTIONS ARE ALL OVER THE PLACE AND CONFUSED. MS MCKINNEY REALLY DO NOT KNOW HOW MY BOYS ARE DOING BECAUSE SHE HAS ONLY BEEN PUSHING TO CLOSE THE CASE WITH ADOPTION,BUT  WITHOUT ANY INVESTIGATION FROM DAY 1. SHE GAVE ME NO HOPES, NEVER OFFERED TO UTILIZE FEDERAL FUNDING TO HELP ME WITH DRIVERS, CLASSES AND GAS EXPENSES. SHE EVEN EXPLAINING   THE FAMILY PLAN OF SERVICES IN MY LANGUAGES WHERE I COULD UNDERSTAND AS I EXPRESSED TO HER. INCLUDING ASKING FOR A FAMILY CONFERENCE AND THE INTERVENTION TO ASSIST THE PLAN SHE PRESENTED. SHE HAS ONLY BEEN GIVING ME FALSE HOPES OF REUNITING WITH MY BOYS WITH HER STALLING TACTICS...DO'S AND DON'T ..'.IF THIS AND IF THAT'... VIOLATION OF FAMILY LAW, SHE HAS BEEN EVERYTHING EXCEPT PROFESSIONAL TOWARD ME, MY CHILDREN AND FAMILY. PRETENDING SHE HAVE MY SONS BEST INTEREST IN MIND YET HER DISPLAYED ACTIONS SHOW DIFFERENTLY.

16 MS.MCKINNEY TESTIFY IS FALSE ACCUSATIONS WITHOUT ANY PROOF. I HAVE NEVER ALLOWED MY CHILDREN TO BE AROUND DRUGS.

SHE WAS NOT THE CASE REPRESENTATIVE IN THE BEGINNING. IN FACT SHE HAS BEEN NOTHING BUT DISTRUTHFUL IN HER REPORTS FROM THE BEGINNING. EVEN UNDER OATH IN COURT. MY FAMILY HIRED ATTORNEY ,SHE PLACED ON TELPHONE LENGTHY 15 MINUTES HOLD INTENTIONALLY AND KNOWINGLY WE WERE THERE FOR CONFERENCE WHICH SHE PROCEEDED WITHOUT HER AND MY FAMILY AND FRIENDS WHO ATTENDED. SHE LIED WHEN ATTORNEY ARRANGED MEDIATION, SHE STATED NO BODY IS COMING(WHILE I WAITED IN AREA DOWNSTAIRS)

MS MCKINNEY SENT ME A TEXT MESSAGE 'TAUNTING ' ME OF NEVER SEEING MY CHILDREN AGAIN WITH A PHOTO OF PEOPLE SHAKING HANDS GOODBYE.

SHE HAS EVEN VISIT MY CHILDREN AND FRIGHTEN THE OLDEST SO BAD WITH HER TATICS TO HIM ABOUT HIS MOTHER.

I KNOW I AM CAPABLE OF STAYING FREE FROM DRUGS WITH CONSISTANCE AND FAMILY SUPPORT IN DRUG REHAB.

EACH TIME I HAVE ADMITTED MYSELF IN TREATMENT CENTERS, TEXAS DEPARTMENT OF CHILD PROTECTIVE SERVICES ADMINISTRATIVE SCHEDULES HEARING INTENTIONALLY AND KNOWINGLY I AM ATTEMPTING SEEKING MEDICAL ASSISTANCE.

MS MCKINNEY DISPLAYED UNPROFESSIONAL BEHAVIOR IN THE PRESENCE OF MY KIDS AT VISITS, STARTED AN ARGUEMENT WITH ME UNTIL MY MOTHER INTERRUPTED AND REMINDED HER THIS IS A VISIT NOT CONFERENCE. SHE INTERRUPTED MY DAD FROM PLAYING WITH HIS GRANDSONS IN THEIR USUAL ACCUSTOM WAY, SHE YELLED AND STATED A SMART COMMENT.

SHE ADMITS RESULTS CAME BACK NEGATIVE FROM ANOTHER AGENCY( AS MY PRIMARY CARE DOCTOR WAS ASKED TO DO         )

SHE HAS FALSELY STATED MY OLDEST SON TELLING HER IN THE ABSENCE OF MY SON FAMILY. SHE EXPRESSED 'SHE THINKS' WHEN IN FACT MY SON AS EXPRESSED TO FAMILY AND FRIENDS HE WAS TOLD TO SAY THIS OR THAT BY MS CHRISTINA..    MY BOYS WILL TELL YOU THEIR TRUE FEELING IF AND WHEN GIVEN THE OPPORTUNITY AND NOT INTIMINIDATED AND COERCED.

.MS MCKINNEY TESTIFY OF MY SON AWARENESS OF' MARIJUANA'. ONLY BECAUSE MS MCKINNEY USED THE DRUG TERM 'MARIJUANA'TO MY SON, MADE MY SON AWARENESS OF THE TERM 'MARIJUANA'. NEVER BEFORE HER QUESTIONING HIM IN FAMILY ABSENCE WAS THE TERM MARIJUANA USED...ESPECIALLY IN THE PRESENCE OF MY SON.

OUT OF RETELIATION TOWARD MY FAMILY FOR EXPOSING WRONGDOING OBSERVED FROM 1ST CASE MANAGER(DONNA LOVING), SHE USED HEAD SIGNALS TO JUDGE DEVLIN INDICATING HIM TO SIDE WITH HIM VERSUS THE BEST INTEREST AND TRUTHFUL INFORMATION.

16.MS MCKINNEY TESTIFIED IS ASSUMPTIVE. SHE GAVE ME FALSE HOPES BY FABRICATING INFORMATION THAT IF I MOVE IN WITH MY DAD ,I CAN BE WITH MY CHILDREN.

EVEN TOLD ME I HAD TO DO 90DAYS IN A REHABILITAION .HOWEVER; THIS WAS PROVEN UNTRUE. ONCE I ADMITTED MYSELF, MS MCKINNEY KNOWINGLY AND INTENTIONALLY ALLOWED THE COURT TO SCHEDULE A HEARING KNOWING I WAS UNAVAILABILITY. MS MCKINNEY ALSO IS BASING HER DECISION ON RETELIATING AS WELL. ONCE THE 1ST CASE WORKER"DONNA LOVING" WAS TERMINATED FOR WRONGDOING, THIS WAS OBVIOUS AGERING TO MS CHRISTINA MCKINNEY AND SUSAN SOLIS....MY CHILDREN WERE PLACED IN HARMS WAY ,BROUGHT TO VISITS SMELLING AND ILL WITHOUT MY KNOWLEDGE, AND NICKNAMING THEM. ME AND MY FAMILY REPORTED THESE PLUS MUCH OTHER VIOLATIONS TO SUPERIOR AND STATE OFFICIALS WHICH IN ESSENCE USED THE INFORMATION AGAINST ME AND MY FAMILY (INSTEAD OF LEARNING AND DOING BETTER FROM OUR COMPLAINTS)

IN FACT ,SHE HAS CONTRIDICTED HER STATEMENT SAYING I HAVE COME AROUND (WHICH I HAVE)AND IS DOING BETTER. SHE IS AWARE OF ME GETTING TREATMENT AND SHE ASSUMES MY CAPABILITIES. I AM ABLE TO STAY CLEAN AND CAPABLE OF STAYING SOBER WITH THE TREATMENTS BEFORE ME NOW AND THE SUPPORT OF MY FAMILY AND PASTOR .
MS.MCKINNEEY REFUSED TO EXPLAIN THE FAMILY PLAN OF SERVICE IN ME AND MY FAMILY UNDERSTANDING. BESIDES, SHE USED ANOTHER DRUG TEST AGENCY WHICH GAVE DIFFERENT AND SATISFYING RESULTS(NEGATIVE TEST)

THE ENTIRE ADMINISTRATOR STAFF OF THIS CASE ARE TOTALLY BASING THEIR RECORDED AND TESTIFIED INFORMATION ON PERSONAL PERSONAL VENDETTA AND MOSTLY RETELIATIONS....NOT ON PROFESSIONAL SKILLS,BEST INTEREST OF THE CHILDREN AND FAIRNESS(THE FAMILY WERE COMPELLED TO CONTACT AND INVOLVE STATE OFFICIALS AS WELL AS LOCAL SUPERVIOR (LORI GISTART)WHICH WERE IN OUR RIGHTS TO DO WHEN MY ENTIRE FAMILY WERE INITIALLY ACCUSED OF BEING CRIMINALS AND FALSE INFORMATION WAS RECORDED AND ADDRESSED.

## BERESFORD CLARKE(ADVOCATES)

**HE HAS NEVER MET WITH ME NOR MY FAMILY AS I REQUESTED. USUALLY QUIET IN COMMENTING**
**AS HE STATED**
**ONLY TO MAKE SURE THE CHILDREN RECEIVE SOME SORT OF ASSISTANCE. (NEVER HAVE HE HAD FAMILY CONFERENCE TO KNOW THE NECESSARY ASSISTANCE NEEDED BY MOTHER NOR GRANDMOTHERS)**

### *JERRY KING*

MY DAD, WHO I THANK FOR STEPPING IN AND THE PRESENT GRANDFATHER(JERRY KING) HAS BEEN COERCED,MISLEAD AND TAKING ADVANTGAGE OF INASMUCH AS COMPELLED INTO DECISION MAKING BASED ON FALSE INFORMATION PROVIDED AND WITHOUT HIS HIRED FAMILY LEGAL REPRESENTATION.
MY DAD HAS BEEN TAKING ADVANTGAGE OF IN THIS SITUATION BECAUSE OF COURT APPOINTED ATTORNEY(SUSAN SOLIS) PLACING MORE EMPHASIS ON MY DAD GETTING A PAY CHECK VERSES THE INTEREST OF THE BOYS. HE WRITTEN AND EXPRESSED MY MOTHER,SISTER AND BROTHER ASSISTING HIM.YET MS SOLIS ENCOURAGE AND COERCED HIM INTO PRIVATE MEETING EVEN TRIED TO PERSUADE HIM SHE HAS NOTHING TO DO WITH CPS AND DONT UNDERSTAND WHY THEY OPTIONS ONLY ADOPT OF LOSE CUSTODY.

## CLOSING ARGUMENTS:

I HAVE BEEN CLEAN AND AS STATED BEFORE, I AM DONE WITH DRUGS.
THERE HAS NOT BEEN ANY CLEAR AND CONVINCING EVIDENCE TO TERMINATE MY PARENTAL RIGHTS.
MY CHILDREN SHOULD NOT BE HELD ACCOUNTABLE FOR MY ACTIONS IF MY PARENTAL RIGHTS ARE TAKEN. MY BOYS LIVES ARE IMPORTANT TO ME AND THEY EXPRESS THEIR NEEDING THEIR MOTHER REUNITED IN THEIR LIVES.
THEIR PRESENT AND FUTURE PHYSICAL AND EMOTIONAL NEEDS ARE SUFFERING. MY DADDY,MOTHER,SISTER,AND BROTHER ARE ALL DOING GREAT JOB AND THINGS FOR THEM, HOWEVER, I AM THEIR MOTHER AND WOULD HAVE THEM IN A STABLE AND SAFE ENVIRONMENT WE ONCE HAD.

I HAVE BEEN PLACED IN THIS POSITION WITHOUT LEGAL REPRESENTATION DUE TO COURT APPOINTED ATTORNEY ADVINSING ME OF HIS WITHDRAWEL LESS THAN 2WEEKS BEFOR THE COURT HEARING HELD DEC1.,2015
I HAVE BEEN IN CONTACT WITH REPRESENTATIVES FROM LONE STAR LEGAL AND FAMILY LAWE..DAVID RANDALL, CHASITY AND MS HEATHER AND MS SUSAN FROM LONE STAR LEGAL. I WILL PROCEED WITH LEGAL REPRESENTAIVES TO BE CERTAIN FINAL DECISIONS ARE BASED ON TRUTHS AND NOT ACCUSATIONS AND RETELIATIONS.

I LOVE MY CHILDREN AND WOULD AND HAS NEVER DONE ANYTHING TO PLACE THEM IN HARMS WAY..IT IS NOT TO MY CHILDREN BEST INTEREST TO TERMINATE MOTHER PARENTAL RIGHTS FOR THEY HAVE BEEN EMOTIONAL TRAMATIZED ENOUGH WITHOUT THEIR ACCUSTOMED MOTHERLY NEEDS. . MY PARENTAL RIGHTS SHOULD NOT BE TERMINATED BASED ON FALSE ACCUSATIONS ,RETELIATION AND NO CLEAR NOR CONVINCING EVIDENCE. MY CHILDREN SPECIAL MEDICAL NEEDS, MOTHERLY HUGS AND EDUCATION DEMANDS(INCLUDING SCHOOL EXTRA CURRICUM ACTIVITIES AND COMMUNITY SPORTS) WILL SUFFER IF MY PARENTAL RIGHTS ARE TERMINATED. MY BOYS ARE MY LIFE AND THEY ARE SUFFERING WITHOUT THEIR MOTHER AS FAMILY AND FRIENDS HAS OBSERVED.

THE TEXAS DEPARTMENT OF CHILD PROTECTION AGENCY DID NOT PROVIDE ME WITH PROPER LEGAL REPRESENTATIVE, FINANCIAL ASSISTANCE, NOR SUPPORTIVE FAMILY CONFERENCE AS ME AND MY FAMILY ASKED FOR MONTHS. EVEN OUR INTERVENTION PETITION WAS NEVER ACKNOWLEDGE . I AM NOT EXCUSING MY ROLE AND MY ACTIONS IN BEING SEPARATED FROM MY CHILDREN AT THIS TIME.HOWEVER; ONCE WITH THE STATE OF TEXAS INVOLVEMENT, I TRUSTED THEM TO DO ALL AND ANYTHING PROFESSIONALLY AND TRUTHFULLY TO REUNITE ME WITH MY CHILDREN. MY FAMILY SHOULD HAVE BEEN NOTIFIED TO TESTIFY THE POSITIVE SIDE OF ME AS I AM PROVIDING PHOTOS(CHURCH DRILL TEAM 8-16YRS OLD, HONOR SOCIETY, TEXAS SOUTHERN UNIVERSITY FULL 2TERM SCHOLORSHIP, TEXAS SOUTHERN UNIVERSITY REEP ACADEMY, WHO'S WHO AMONG AMERICAN HONOR SOCIETY,ASTRO WORLD TOP CUSTOMER SERVICE REPRESENTATIVE RECOGNIGATIONS, HIGH SCHOOL HONOR GRADUATE AND HONOR SOCIETY 4 YEARS  (COPIES PROVIDED)

MY MISTAKES SHOULD NOT CANCEL OUT MY POTENTIALS AND LEAVE MY CHILDREN MOTHERLESS.
I AM NO LONGER DOING DRUGS , I DO NOT ASSOCIATE WITH THOSE WHO DO AND I HAVE STRONG SUPPORT OF MY FAMILY WHO HAS ASSURED ME AS MAMMA HAS ALREADY STARTED ) TO MONITOR LAB TEST RESULTS AND DRUG ADDICTION CLASSES CLOSE AND CONSISTENCE. I HAVE AN APPOINTMENT WITH ONE STEP PROGRAM  AND I CONSISTENCY WITH GOING TO CHURCH AND SERVING. I'VE MADE MISTAKES AND I AM CORRECTING THEM FOR MYSELF AND REUNITING WITH THE TOTALLY AND WHOLEHEARTED.

BEST INTEREST(C)ARGUMENTS AND AUTHORITIES

PLEASE DONT VIOLATE MY CONSTITUTIONALLY RIGHTS BY TERMINATING MY PARENTAL RIGHTS.
I NEED TO PLEA MY CASE FURTHER WITH PROOF AND EVIDENCE OF MY CORRECTING MY MISTAKES TO CONTINUE TO BE THE MOTHER MY BOYS HAS EXPRESSED TO MANY OTHERS ,THAT I AM. THE ALLEGATIONS WHICH TEXAS DEPARTMENT CHILD PROTECTION SERVICES WERE BASE ON FALSE AND INACCURATE INFORMATION.
IN THE BEST INTEREST OF MY BOYS WOULD BE TO REUNITE THEIR THEM WITH THEIR MOTHER AND ALLOW MY FAMILY TO CONTINUE JOINTLY CARING FOR THEM IN THE PROCESS OF MY PRESENCE REHABILATION CLASSES.

THE MOTHER(JERONDA KING) COURT APPOINTED ATTORNEY(DON CRAINE) WITHDREW FROM THE CASE LESS THAN 2WEEKS PRIOR THE DEADLINE TO REQUEST

AN APPEAL
DUE TO HIS GAINING KNOWLEDGE OF FAMILY SEARCH FOR ANOTHER LEGAL
REPRESENTATION(WHICH I THOUGHT ARE WITHIN OUR RIGHTS)WHEN THE ATTORNEY
REFUSES TO COMMUNICATE AND DO NOT SPEAK NOR RESPOND TO ME AND MY
FAMILY PHONE MESSAGES.

THE INFORMATION PROVIDED BY FAMILY DEPARTMENT OF PROTECTIVE SERVICES
REPRESENTATIVES AND COURT APPOINTED ATTORNEYS INFORMATION RECORDED IS
INACCURATE,INCOMPLETE AND SOME WHAT FALSE
CASE MANAGERS (DONNA LOVINGS AND CHRISTINA MC KINNEY)BOTH HAVE VIOLATED
TDFS RULES AND REGULATIONS AS SET BY THE STATE OF TEXAS....ABUSIVE POWERS

FALSIFYING RECORDS

SIGN SIGNALS WITH

BODY

TO THE JUDGE

PURJURY(UNDER OATH)
KNOWINGLY AND
INTENTIONALLY REFUSED FAMILY CONFERENCES, REFUSED TO RETURN PHONE
CALLS AND RESPONSES TO LETTERS...(AS ONE STATE OF TEXAS CHILD PROTECTION
SERVICE CASE MANAGER  CHRISTINA MCKENNY STATED IN THE PRESENCE OF
WITNESSES..'.SHE WAS NOT OBLIGATED'TO SPEAK WITH US AND GAVE THE BOYS(AS
OBSERVED OF OTHER CASES)MOTHERS ,FALSE HOPES WITH NO INTENT NOR
NECESSARY STEPS TO RECONCILE CHILDREN WITH THEIR PARENTS.     DEFINITELY
NEVER REMAINED PROFESSIONAL AT ALL TIMES.


SUMMARY OF ARGUMENT
THERE WAS NO EVIDENCE NOR SUPPORTIVE FACTS LEGALLY TO TAKE TERMINATION
ACTIONS OF MY PARENTAL RIGHTS.

A/ARGUMENT
        AGREE, THE EVIDENCE IS LEGALLY AND FACTUALLY INSUFFICIENT TO
ESTABLISH IN ADDITION TO , THE FALSE ACCUSATIONS CPS AND MY OLDEST SON
FATHER HAS FABRICATED FOR THEIR PERSONAL GAIN.
B.AUTHORITIES
                MY CHILDREN LIVES HAVE NEVER BEEN JEOPARDIZED BY ME.
THEY HAVE NEVER BEEN EXPOSE TO ANYTHING THAT WOULD ENDANGER THEM
PHYSICALLY NOR EMOTIONALLY. MY MOTHER HAS ALWAYS ACKNOWLEDGED WHEN
AND IF I BECOME ANGER TO POINT OF HARMING MYSELF, AND RESCUE MY CHILDREN
BEFORE ANYTHING
WOULD DISTURB MY CHILDREN. SHE HAS ALWAYS MADE SURE MY ANXIETY ATTACKS
WERE CONTROLLED WITH MEDICATED(COPIES OF HER SUPPORT PROVIDED)
...DELPHICIN,WEST OAK AND TEXANA BEHAVIOR HEALTH SERVICES)
I HAVE NEVER TAKEN MY CHILD TO BUY ANY MARIJUANA. THIS IS NOT WHAT
PRECIPITATED AN INVESTIGATION. THESE WERE ALLEGATIONS BROUGHT TO CPS BY
MY SON FATHER INTENTIONALLY AND OUT OF RETELIATION. THE ALLEGATIONS WERE
FALSE.
THE SOLE PURPOSE MY DAD(MATERNAL GRANDFATHER ) DO NOT WISH TO ADOPT HIS
GRANDSONS IS NOT BECAUSE HE IS UNABLE TO PROVIDE A LASTING,CONSISTENT
AND SAFE ENVIORNMENT FOR MY CHILDREN TO LIVE. THE REASON IS BECAUSE HE
REALIZED I MADE MISTAKES. I CAN BE AND WILL BE REHABILIATED TO REUNITE WITH
MY SONS WITH MY FATHER,MOTHER ,SISTER,BROTHER AND THEIR UNCLE SUPPORT
AND STRENGTH FROM THE LORD. (I CAN DO ALL THINGS THROUGH CHRIST WHO

GIVES ME THE STRENGTH) BOTH OF MY BOYS BEST INTEREST IS TO BE REUNITED WITH THEIR MOTHER,CONTINUE THEIR EDUCATIONAL ,MEDICAL AND COMMUNITY SPORTS ATTENTIONS AND THEY NEED TO BE PRODUCTIVE AND UNDERSTAND STRUCTURE IN GROWTH AND SET BOUNDARIES FROM THEIR MOTHER. GRANDPARENTS ARE NOT DESIGN TO BE THE PARENT...ESPECIALLY WHEN I AM NOT DEALTHLY ILL NOR DECEASED.
MY CHILDREN BEST INTEREST IS TO REMAIN TOGETHER AS BROTHERS AND BROUGHT UP TOGETHER WITH THE SPIRITUAL GUIDANCE FOR PRODUCTIVE LIVES AS MY FAMILY HAS ALWAYS ASSIST ME WITH.

MY MOTHER(RHONDA JOHNSON)HAS NEVER ASKED FOR CUSTODIAL ....<u>TOTALLY FALSE RECORDED BY ATTY. DON CRAINE</u>
(WE ASKED FOR HER ASSISTANCE TO MR KING AS HE REQUESTED,EXPRESSED & FILED IN WRITING)    HIS NEED FOR HER ASSISTANCE ALONG WITH MY BROTHER DUE TO DADDY WORK SCHEDULE, HIS ILLNESSES AND HER INVOLVEMENT IN COMMUNITY SPORTS. SHE SUCCESSFULLY COMPLETED (FEB.7,2015 PATHWAYS ) THE CAREGIVING CLASS AND HER HOME STUDY ALONG WITH MY BROTHER(LOUIS JACKSON) WERE BOTH PASSING YET NEVER ACKNOWLEDGED.IN FACT, OUT OF RETELIATION INVOLVING LOCAL,STATE OFFICIALS AND SUPERVIORS OF CASE MANAGERS, SHE WAS DENIED TO ASSIST MY DAD(...ALTHOUGH THE APLICATION WAS REVIEWED AND APPROVED BY LAQUITA CARTER,MA LBSW-IPR ...DATED AUGUST 17,2014....WE HAD COURT AUGUST 20,2015 ....IRONICALLY (REPORTED WRONG-DOINGS AND STATE LAWS VIOLATIONS) SHE.ANGELA RHODEN,PH DENIED ON AUGUST 28,2014....THE KINNSHIP LEIASON DEPARTMENT COMPLETED ....CASE MANAGER CHRISTINA MCKINNEY(UNDER OATH) SAID IT WAS DENIED WITHOUT THE PLACEMENT PROVIDED IN COURT)

CONSIQUENTLY, MY SISTER NEARLY DIED PREGNANT AND MY NIECE SURVIVED WITH 2MONTHS EARLY DELIVERY DUE TO MY MOTHER NOT GIVEN DOCUMENTS OF HER APPROVAL TO ASSIST MY DAD. INSTEAD, MY SISTER TRIED TO ASSIST MY DAD FOR 2DAYS WHILE PREGNANT AND WAS DIAGNOISED WITH HIGH BLOOD PRESSURE AND UNDER STRESS WHICH LEAD TO <u>PRECLIMPSCY</u>.
MY YOUNGEST SON, HIS FATHER HAS ALWAYS BEEN APART OF HIS LIFE(PAID CHILD SUPPORT AS WELL) AND DID NO WRONGDOING. HIS ABSENCE IN COURT WAS DUE TO NONE SUBEONA COURT ORDERS,YELLED AT, INTIMIDATING AND PROVOKING ARGUING WITH AND INITIATED BY CASE MANAGER CHRISTINA MCKENNY..SHE FORCED HIS ABSENCE.

C.*ANALYSIS*
 *I AGREE, THE EVIDENCE SUBMITTED IN COURT DOES NOT SUPPORT THE BEST INTEREST FOR MY BOYS. ADOPTION HAS NEVER BEEN AN OPTIONS FOR MY FATHER NOR NAY OF MY FAMILY MEMBERS. THEY ALL WANT ME TO REUNITE WITH MY BOYS WITH THEIR SUPPORT.*
*ADOPTION CAME ABOUT FROM CASE MANAGER AND MY CHILDREN ATTORNEY(SUSAN SOLIS)WHO PRETENDED SHE WAS NOT WORKING WITH CPS IN DECISION MAKING AND OUT OF RETELIATION, BOTH ANGER WHEN THEIR COERCING MY DAD (HE NEVER REALLY UNDERSTOOD THEIR TERMS),FALSE RECORDED INFORMATION WAS BROUGHT TO THE ATTENTION OF HIGHER OFFECIALS.*
*MY PARENTAL RIGHTS WERE TERMINATED ONLY ONCE. THIS WAS BY FALSE INFORMATION PROVIDED AND ACTED ON BY CPS AND TARENCE CARTER I SOLELY BASED OUT OF RETELIATION. THE TIMES (SINCE 12YEARS OLD) TEXAS DEPARTMENT OF CHILD PROTECTION SERVICES DID NOT PROTECT ME FROM MY PATERNAL AUNT HUSBAND, CPS 2ND TIME PLACED MY SON IN HARMS WAY WHEN CPS LATOYA DAVIS LEFT MY BOYS WITH CRIMINAL...FELONY DAD WHO INITIALIZED THE CASE FROM THE VERY START. (HE LEFT HIM UNATTENDED IN A POOL WHERE HE NEAR DROWN ) CPS DONNA LOVING ORDERED AND DEMAND ME TO BRING MY BOYS TO HER WHEN I DID NOT FELT THIS TO BE RIGHT IN MY HEART(SHE WAS TERMINATED BY LORI GIRMSTART) IN THIS PROCESS. CPS CASE MANAGER MS .SHRANDA WALKER TOTALLY REFUSED*

HER JOB IN VISITING ME TO BE SURE MY BOYS WERE SAFE. SHE INSTEAD, TELEPHONE ME AND FALSFYIED HER RECORDS TO INDICATE SHE CAME TO VISIT.(WITNESSES OVERHEARD THE CONVERSATION)

CPS CASE MANAGER'CHRISTINA MCKINNEY, TOTALLY ACTED OUT OF RETELIATION TOWARD ME AND MY FAMILY FROM THE VERY BEGINNING. ...MY BABY BOY WAS BROUGHT IN A VEHICLE WITHOUT A CAR SEAT, LEFT IN REST ROOM TO CLEAN HIMSELF(3YS OLD)BROUGHT SMELLING AND ILL ON OCCASSIONS ., THE OLDEST SON ALLOWED TO USE 'UTUBE'AND VIEW VIOLENCE SCENES, UNCLEAN , NO UNDERWEARS, SOMEONE ELSE CLOTHES, MORE IMPORTANTLY, SAD(PHOTOS OF PROOF PROVIDED) THEIR EMOTIONS WERE INTERRUPTED AND DISTURBED UNNECCESSARILY. MY FAMILY HAS AND STILL IS THERE FOR ME AND MY CHILDREN TO CARE FOR ,PROVIDING A SAFE,STABLE AND SPIRITUAL UPBRINGING TO PRODUCE PRODUCTIVE YOUNG MEN.

## CONCLUSION AND PRAYER

*I, JERONDA KING(PRO SE) PRAY THE HONORABLE COURT OF APPEALS REVERSE THE JUDGMENT TO TERMINATE MY PARENTAL RIGHTS OF MY CHILDREN (TARENCE CARTER II AND JEH'MIR YOUNG. PLEASE LET ME CONTINUE TO BE THEIR PARENTS AND ALLOW THIS CASE TO CONTINUE WITH PROOF AND EVIDENCE IN A TRIAL COURT WITH MY ENTIRE FAMILY SUPPORT AND NOTICE TO APPEAR.*

PRESENTLY IN YMCA 'YOGA' CLASS AND ARRANGE AN APPOINTMENT WITH 'ONE STEP' PROGRAM IN STAFFORD. MY BIGGEST SUPPORTER(MY MOTHER) HAS CONTINUED MY YMCA MEMBERSHIP SINCE 2003 AS WELL AS MY BOYS FOR EMOTIONAL AND PHYSICAL SPORTS ACTIVITIES . I HAVE REDEDICATED MY LIFE TO CHIRST AND UTILIZE CHRIST GOD GIFTED TALENTS(SINGING, & DRILL TEAM) WHICH MY MOTHER HAS ALWAYS ENCOURAGE ME IN SINCE 3YEARS OF AGE.

I NO LONGER LIVE WITH MY MOTHER .HOWEVER; I PRESENTLY LIVE IN A VERY SAFE AND CONVENIENT LOCATION TO STAY INVOLVED IN THE PROGRAM ON A CONSISTENCY BASIS.

I HAVE A SINCERE DESIRE TO REUNITE WITH MY CHILDREN AS THEY'VE EXPRESSED TO REUNITE AS WELL.. MY CHILDREN NEED THEIR MOTHER FOR EDUCATIONAL, SPECIAL MEDICAL NEEDS , COMMUNITY AND SCHOOL EXTRACURRICUM ACTIVITIES WE'VE ALWAYS PARTICIPATED TOGETHER.

MY SISTER HAS HER OWN HAIR SALON AND HAS AGREED ME TO WORKING IN IT AGAIN WITH HER.

*IN GOOD FAITH, I PRAY FOR THE RELIEF SORT.*

CONFIRMED FILE DATE: 11/5/2015



**F I L E D**
Chris Daniel
District Clerk

NOV 05 2015

Time:_____ 8:00 ___
Harris County, Texas

By_____
Deputy



## JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00469-CV

IN THE INTEREST OF J.-M. A.Y., A MINOR CHILD

Appeal from the 313th District Court of Harris County. (Tr. Ct. No. 2014-01481J).

This case is an appeal from the final judgment signed by the trial court on April 29, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 5, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Higley.

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                 CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                            STAT
_      00011-0001 IVL 24047488 JOHNSON, RHONDA                   MANNS, QIANA
_      00008-0002 IVS          YOUNG, JEREMY ANTOINE (FATHER)
_      00005-0002 IVS          CARTER, TARENCE (FATHER)
_      00008-0001 DEF          YOUNG, JEREMY ANTOINE (FATHER)
_      00049-0001 ADA 18971700 SPROTT, OLIVER W.
_      00048-0001 ADA 05005900 CRANE, DONALD M.
_      00047-0001 GAL 24037413 SOLIS, SUSAN RYAN
_      00046-0001 ADA 05005900 CRANE, DONALD M.
_

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                 CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                            STAT
_      00045-0001 ADA 05005900 CRANE, DONALD M.
_      00044-0001 ADA 12349700 LILES, JOHN STEPHEN
_      00043-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.
_      00042-0001 ADA 05005900 CRANE, DONALD M.
_      00041-0001 ADA 05005900 CRANE, DONALD M.
_      00040-0001 ADA 05005900 CRANE, DONALD M.
_      00039-0001 GAL 24037413 SOLIS, SUSAN RYAN
_      00038-0001 GAL 24037413 SOLIS, SUSAN RYAN
_

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                 CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR         PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                            STAT
_      00037-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.
_      00036-0001 ADA 12349700 LILES, JOHN STEPHEN
_      00035-0001 GAL 24037413 SOLIS, SUSAN RYAN
_      00034-0001 ADA 05005900 CRANE, DONALD M.
_      00033-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.
_      00032-0001 ADA 12349700 LILES, JOHN STEPHEN
_      00031-0001 ADA 12349700 LILES, JOHN STEPHEN
_      00030-0001 GAL 24037413 SOLIS, SUSAN RYAN
_

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_     00029-0001 ADA 05005900 CRANE, DONALD M.
_     00028-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00027-0001 GAL 12349700 LILES, JOHN STEPHEN
_     00026-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00025-0001 ADA 05005900 CRANE, DONALD M.
_     00024-0001 ADA 12349700 LILES, JOHN STEPHEN
_     00023-0001 ADA 12349700 LILES, JOHN STEPHEN
_     00022-0001 GAL 24037413 SOLIS, SUSAN RYAN

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_     00021-0001 ADA 12349700 LILES, JOHN STEPHEN
_     00020-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.
_     00019-0001 ADA 05005900 CRANE, DONALD M.
_     00018-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00017-0001 ADA 05005900 CRANE, DONALD M.
_     00016-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.
_     00015-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00014-0001 ADA 18971700 SPROTT, OLIVER WENDELL JR.

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201401481J_ PJN> __   TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_     00013-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00012-0001 ADA 05005900 CRANE, DONALD M.
_     00010-0001 ADA 05005900 CRANE, DONALD M.
_     00009-0001 GAL 24037413 SOLIS, SUSAN RYAN
_     00007-0001 GAL 00783872 COOPER, JAMES MARK
_     00006-0001 DEF          UNKNOWN, UNKNOWN (FATHER)      D
_     00005-0001 DEF          CARTER, TARENCE (FATHER)
_     00004-0001 PLT 99999913 YOUNG, JAHMIR (MINOR)              COUNTY ATTORN

==> (51) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201401481J_ PJN> __  TRANS NUM: _____  CURRENT COURT: 313 PUB? _
CASE TYPE: CHILD PROTECTION                   CASE STATUS: CASE ON APPEAL
STYLE: TEXAS DEPARTMENT OF FAMILY AND PR VS KING, JERONDA
================================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
   NUM    NUMBER                                         STAT
_      00003-0001 PLT 99999913 CARTER, TARENCE (MINOR)     S   COUNTY ATTORN
_      00002-0001 DEF           KING, JERONDA
_      00001-0001 PLT 99999913 TEXAS DEPARTMENT OF FAMILY AND    COUNTY ATTORN

==> (51) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP